UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————

)
NATIONAL PUBLIC RADIO, INC., *et al.*,     )
)
           Plaintiffs,     )
)
           v.     )      Civil Action No. 20-3259 (CKK)
)
U.S. DEPARTMENT OF HEALTH AND     )
HUMAN SERVICES,     )
)
           Defendant.     )
———————————————————————

## JOINT STATUS REPORT

Pursuant to the Court's April 12, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act case brought by Plaintiffs National Public Radio, Inc. and Graham Smith ("Plaintiffs") against Defendant U.S. Department of Health and Human Services ("HHS").

The parties informed the Court in their April 12, 2021 Joint Status Report (ECF No. 10) that on March 29, 2021, HHS provided Plaintiffs with a draft *Vaughn* index and a supplemental release. The parties further informed the Court that Plaintiffs provided a proposal to resolve this matter and HHS needed additional time to review Plaintiffs' proposal to determine whether this matter can be resolved without judicial intervention. The parties need additional time to continue their discussions. Accordingly, the parties respectfully propose that they file another joint status report on or before May 24, 2021, if a stipulation of dismissal is not filed before then. A proposed order is attached.

Respectfully submitted,

BALLARD SPAHR LLP

/s/ Matthew E. Kelley
Matthew E. Kelley (D.C. Bar No. 1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

David J. Bodney (D.D.C. Bar No. AZ0022)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400
Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*

Dated: May 3, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
        MICHAEL A. TILGHMAN II
        D.C. Bar #988441
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7113
        Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*