UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-3259 (CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR LLP | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney |
| /s/ Matthew E. Kelley<br>Matthew E. Kelley (D.C. Bar No. 1018126)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 508-1112<br>Fax: (202) 661-2299<br>kelleym@ballardspahr.com | BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>        MICHAEL A. TILGHMAN II<br>        D.C. Bar #988441<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        555 Fourth Street, NW<br>        Washington, DC 20530<br>        (202) 252-7113<br>        Michael.Tilghman@usdoj.gov |
| David J. Bodney (D.D.C. Bar No. AZ0022)<br>BALLARD SPAHR LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004<br>Tel: (602) 798-5400<br>Fax: (602) 798-5595<br>bodneyd@ballardspahr.com | |
| *Counsel for Plaintiffs* | *Attorneys for the United States of America* |

Dated:  May 20, 2021